# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

**UNITED STATES OF AMERICA**

**V.**  CASE NO.: 4:19-CR-32

**JUSTIN PATTERSON,**

---

## ORDER CONTINUING CASE IN THE INTEREST OF JUSTICE

The Defendant was indicted on August 15th, 2019 and was arraigned on August 21st, 2019 and entered a plea of not guilty. Defendant's pretrial conference is currently scheduled for September 5th, 2019.

The parties agree that additional time is necessary to engage in discovery and pretrial negotiations.

Accordingly, **IT IS HEREBY ORDERED** that the above-referenced case be continued until the January, 2020 trial term and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.

It is the Court's finding that the ends of justice [18 U.S.C. § 3161(h)(8)(A)] served by the granting of this continuance are necessary to deny a miscarriage of justice [18 U.S.C. § 3161(h)(8)(B)(i)]; and to allow counsel for Defendant and the Government the reasonable necessary time for effective preparation, taking into account the exercise of due diligence [18 U.S.C. § 3161(h)(8)(B)(iv).

**SO ORDERED,** this **4th** day **September, 2019**.

s/ Clay D. Land
**CLAY D. LAND**
**UNITED STATES DISTRICT JUDGE**
**MIDDLE DISTRICT OF GEORGIA**